# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: ) | Case No: 19-11977 |
|     **Jerri Shelton** ) | |
| ) | Chapter: Chapter 13 |
|     Debtor ) | |
| ) | Judge: LaShonda A. Hunt |

## NOTICE OF MOTION

**TO:** See attached list

PLEASE TAKE NOTICE that on **November 6, 2020** at **10:15 a.m.,** I will appear before the Honorable LaShonda A. Hunt, or any judge sitting in that judge's place, and present the motion of **MOTION TO MODIFY CONFIRMED PLAN,** a copy of which is attached

**This motion will be presented and heard telephonically using AT&T Teleconference. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must call in to the hearing using the following information—Toll Free Number: 1-888-557-8511; Access Code: 7490911.**

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

**By:** */s/ Briana Czajka*
        Briana Czajka
        Geraci Law L.L.C.
        55 E. Monroe Street #3400
        Chicago, Illinois 60603
        312.332.1800
        ndil@geracilaw.com

## CERTIFICATE OF SERVICE

I, Briana Czajka, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on October 12, 2020 before 5:30 p.m.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

```
In Re:                        )   Case No:    19-11977
    Jerri Shelton             )
                              )   Chapter:    Chapter 13
           Debtor             )
                              )   Judge:      LaShonda A. Hunt
```

## LIST OF PARTIES SERVED

Glenn B. Stearns, 801 Warrenville Rd. Suite 650, Lisle, IL 60532

Office of the U.S. Trustee, 219 S. Dearborn, Suite 873, Chicago, Illinois 60604

Jerri Lyn Shelton, 1415 Kettleson Drive, Minooka, IL 60447

ALL OTHER CREDITORS ON THE ATTACHED SERVICE LIST

Acceptance NOW
Attn: Bankruptcy Dept.
5501 Headquarters Dr
Plano TX 75024

AT T
C/O Franklin Collection SV
2978 W Jackson St
Tupelo MS 38801

Capital One
Attn: Bankruptcy Dept.
26525 N Riverwoods Blvd
Mettawa IL 60045

Capital ONE BANK USA N
Attn: Bankruptcy Dept.
15000 Capital One Dr
Richmond VA 23238

City of Berwyn
Bankruptcy Dept.
6401 W. 31st St.
Berwyn IL 60402

City of Chicago - Dept of Revenue
Bankruptcy Department
121 N. LaSalle St
Room 107
Chicago IL 60602

COMENITY BANK/Carsons
Attn: Bankruptcy Dept.
Po Box 182789
Columbus OH 43218

Credit Collection Services
Bankruptcy Department
725 Canton Street
Norwood MA 02062

Credit ONE BANK NA
Attn: Bankruptcy Dept.
Po Box 98875
Las Vegas NV 89193

Creditors Discount & A
Attn: Bankruptcy Dept.
415 E Main St
Streator IL 61364

Discover FIN SVCS LLC
Attn: Bankruptcy Dept.
Po Box 15316
Wilmington DE 19850

FED LOAN SERV
Attn: Bankruptcy Dept.
Po Box 60610
Harrisburg PA 17106

First Financial Asset Mgmt Inc
Bankruptcy Dept
PO Box 56245
Atlanta GA 30343

First Premier BANK
Attn: Bankruptcy Dept.
601 S Minnesota Ave
Sioux Falls SD 57104

Illinois State Toll Hwy Auth
Attn: Legal Dept - Bob Lane
2700 Ogden Ave.
Downers Grove IL 60515-1703

Professional Account Management
Bankruptcy DepartmentPO box 741
Milwaukee WI 53201

Kohls/Capone
Attn: Bankruptcy Dept.
N56 W 17000 Ridgewood Dr
Menomonee Falls WI 53051

NATL TIRE&BATTERY/CBNA
Attn: Bankruptcy Dept.
Po Box 6497
Sioux Falls SD 57117

Onemain
Attn: Bankruptcy Dept.
Po Box 1010
Evansville IN 47706

Stoneberry
1356 Williams St
Chippewa Falls WI 54729

Syncb/Amazon
Attn: Bankruptcy Dept.
Po Box 965015
Orlando FL 32896

Syncb/CARE CREDIT
Attn: Bankruptcy Dept.
950 Forrer Blvd
Kettering OH 45420

Syncb/Walmart
Attn: Bankruptcy Dept.
Po Box 965024
Orlando FL 32896

TBOM/Milestone
Attn: Bankruptcy Dept.
Po Box 4499
Beaverton OR 97076

TBOM/TOTAL CRD
Attn: Bankruptcy Dept.
5109 S Broadband Ln
Sioux Falls SD 57108

The Cadle Company
100 N Center St
Braceville OH 44444

Will County Circuit Court
01AR539
14 W. Jefferson St
Joliet IL 60432

Markoff Law LLC
Bankruptcy Dept.
29 N. Wacker Drive Suite 550
Chicago IL 60606

Webbank/Fingerhut
Attn: Bankruptcy Dept.
6250 Ridgewood Rd
Saint Cloud MN 56303

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 19-11977 |
|    Jerri Shelton | ) | | |
|        Debtor | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | LaShonda A. Hunt |

## MOTION TO MODIFY CONFIRMED PLAN

NOW COMES the Debtor, Ms. Jerri Shelton (the "Debtor"), by and through her attorneys, Geraci Law L.L.C., to present her **MOTION TO MODIFY CONFIRMED PLAN,** and states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. The Debtor filed her Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Act on 04/25/2019.

3. The Debtor's plan was confirmed by the Court on 01/24/2020.

4. During the plan, the Debtor was out of work due to the COVID-19 pandemic and was unable to make her plan payments during this time. As a result, a default accrued that the Debtor is unable to cure. The Debtor is back to work now and has resumed making her plan payments.

5. The Debtor cannot catch up on her payments in a lump sum, but can make payments going forward.

6. For the reasons stated above, it is necessary for the successful completion of the Debtor's plan to defer the Debtor's current Chapter 13 plan default to the end of her plan of reorganization.

7. The Debtor's plan will not run more than the allotted 60 months and will still pay out the confirmed dividend to unsecured creditors.

WHEREFORE THE DEBTOR, Ms. Jerri Shelton, respectfully requests this Honorable Court enter an order:

1. Deferring Debtor's current Chapter 13 plan default to the end of her plan of reorganization.

2. Any other relief the court deems proper.

By:_____/s/ Briana Czajka___
Briana Czajka

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800 (Fax):   877.247.1960